UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Taub,

                Plaintiff,                      21 Civ. 3504 (KMK)(AEK)

    -against-                              **CANCELLATION ORDER**

United Collection Bureau, Inc.,

                Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the notice of settlement filed by the parties on September 17, 2021, the telephonic conference scheduled for **Monday, September 20**, **2021, at 9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  September 17, 2021
           White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge